IN THE UNITED STATES DISTRICT COURT FOR THE
MIDDLE DISTRICT OF TENNESSEE
NASHVILLE DIVISION

| | |
|---|---|
| ABIODUN ADEFURIN, M.D., | ) |
| Plaintiff, | ) ) ) |
| v. | ) NO. 3:21-CV-00791 ) |
| MEHARRY MEDICAL COLLEGE, | ) JUDGE RICHARDSON ) |
| Defendant. | ) ) ) |

## ORDER

Pending before the Court is the Plaintiff's motion (Doc. No. 42, "Motion") to ascertain the status of the pending motion for summary judgment (Doc. No. 19). The Motion is well-taken and is GRANTED.

The Court is aware of the pending motion for summary judgment, and indeed it is on the metaphorical front burner of the undersigned, who expects that a decision on it will be issued soon (measured in weeks rather than months). If, after resolution of that motion, the case remains pending, the parties may move for a Rule 16 conference with the Magistrate Judge as they see fit. The parties alternatively may move for a Rule 16 conference with the Magistrate Judge even prior to the resolution of the motion, should they see fit to do so.

IT IS SO ORDERED.

*Eli Richardson*
ELI RICHARDSON
UNITED STATES DISTRICT JUDGE