UNITED STATES DISTRICT COURT
MIDDLE DISTRICT OF TENNESSEE
NASHVILLE DIVISION

Abiodun Adefurin

                Plaintiff,

v.                               Case No.: 3:21−cv−00791

Meharry Medical College

                Defendant,

**ENTRY OF JUDGMENT**

    Judgment is hereby entered for purposes of Rule 58(a) and/or Rule 79(a) of the Federal Rules of Civil Procedure on 6/3/2025 re [45].

Lynda M. Hill
s/ Kim Chastain, Deputy Clerk