UNITED STATES DISTRICT COURT
MIDDLE DISTRICT OF TENNESSEE
NASHVILLE DIVISION

| | | |
|---|---|---|
| ABIODUN ADEFURIN, M.D., | ) | |
| | ) | **JURY DEMAND** |
| Plaintiff, | ) | |
| | ) | |
| v. | ) | CAUSE NO: 3:21-cv-00791 |
| | ) | |
| MEHARRY MEDICAL COLLEGE, | ) | Judge Eli J. Richardson |
| | ) | |
| Defendant. | ) | Magistrate Judge Jeffery S. Frensley |

## NOTICE OF APPEAL

Notice is hereby respectfully given that Plaintiff, Abiodun Adefurin, M.D. ("Plaintiff"), by counsel, hereby appeals to the United States Court of Appeals for the Sixth Circuit from this Court's Order grating Defendant's Motion for Summary Judgment entered in this action of June 3, 2025. [Docket Entry 44] All of Plaintiff's claims were dismissed and this case was closed on June 3, 2025. [Docket Entry 45]

        Respectfully submitted,

        _/s/Kyle F. Biesecker_
        Kyle F. Biesecker, Attorney No. 28872
        BIESECKER DUTKANYCH & MACER, LLC
        3200 West End Avenue, Suite 500
        Nashville, Tennessee 37203
        Telephone: (615) 783-2171
        Facsimile: (812) 424-1005
        E-Mail:  kfb@bdlegal.com

        *Attorneys for Plaintiff*

## CERTIFICATE OF SERVICE

     I hereby certify that on June 30, 20205, a copy of the foregoing *Notice of Appeal* was filed electronically. Service will be made electronically on all ECF-registered counsel of record via email generated by the Court's ECF system.

                        Mark A. Baugh
                      Jennifer Gingery Cook
              BAKER, DONELSON, BEARMAN,
              CALDWELL & BERKOWITZ, P.C.

                                           */s/Kyle F. Biesecker*
                                           Kyle F. Biesecker